IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHERYL L. PLEMENS,

    Plaintiff,

vs.                              CASE NO. 5:06cv80/RS

MICHAEL J. ASTRUE,[1]
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 14) and Plaintiff's Objections to Magistrate Judge's Report and Recommendations (Doc. 15). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner of Social Security is affirmed, and this action is dismissed.

3. The clerk is directed to close the file.

---

[1]Michael J. Astrue succeeded Jo Anne B. Barnhart and is currently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed. R. Civ. P. 25(d)(1).

ORDERED on March 26, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**